CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
Phone: (907) 274-5100  Fax: (907) 274-5111
Email: cgraves@farleygraves.com

Attorneys for Defendant USAA Garrison Property
and Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SARAH L. NORDSTROM,<br><br>                Plaintiff,<br><br>v.<br><br>USAA GARRISON PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | Case No. 3:22-cv-00016 (JWS) |

**SCHEDULING AND PLANNING CONFERENCE REPORT**

**I.    Meeting.**

In accordance with Rules 16(a) and 26(f), Federal Rules of Civil Procedure, and with Local Civil Rules 16.1 and 26.1(b), the parties conferred on [date]; the following persons participated: [Insert Attorney Names and Parties Represented]. The parties recommend the following:

**II.    Discovery Plan.**

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 1 of 9

/JT
33013

Case 3:22-cv-00016-SLG   Document 10   Filed 03/03/22   Page 1 of 9

**A.** Timing, Form and Disclosure Requirements. Please refer to Rule 26(f)(3)(A), Federal Rules of Civil Procedure. Are there changes that the parties are proposing to that rule for this case under Rule 26(a)?   **NO**

**B.** Initial Disclosures / Preliminary Witness Lists.

    **1.** The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

    (b) ☐ Will be exchanged by the parties on or before:

    **April 1, 2022**

    **2.** Preliminary witness lists: Will be exchanged by the parties on or before   **August 18, 2022**

    **3.** Disclosure Statement. The disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure: **Have been complied with (Filed 02/28/2022)**

**C.** Subjects and Timing of Discovery. See Rule 26(f)(3)(B), Federal Rules of Civil Procedure.

    **1.** List the subjects on which discovery may be needed: **The parties disagree on topics for discovery. Plaintiff: Damages and Bad Faith. Defendant: Damages. Plaintiff amended the Complaint**

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 2 of 9

/JT
33013

Case 3:22-cv-00016-SLG   Document 10   Filed 03/03/22   Page 2 of 9

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

**to eliminate claims of bad faith. Any discovery on the topic is disputed.**

2. Should discovery be conducted in phases or limited to or focused on particular issues? __NO__

3. Absent good cause, the proposed date for completion of all discovery should be no later than twelve months from the date of this report. __February 28, 2023__

4. Final Discovery Witness List. A final discovery witness list disclosing all lay witnesses whom a party may wish to call at trial shall be served and filed on: __December 31, 2022__

5. Close of Fact Discovery. Fact discovery will be completed on or before __February 28, 2023__ [see paragraph C.3 above].

6. Expert Discovery. See Rule 26(a)(2), Federal Rules of Civil Procedure.

   a) Expert witnesses shall be identified by each party on or before __October 10, 2022__ and each party may identify responsive supplemental expert witnesses within 14 days thereafter.

   b) Expert disclosures (reports) required by Rule 26(a)(2) will be disclosed:

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 3 of 9

/JT
33013

Case 3:22-cv-00016-SLG    Document 10    Filed 03/03/22    Page 3 of 9

      i. By all parties on or before **December 15, 2022**

      ii. Rebuttal reports on or before 30 days from the service of the report being rebutted.

  **c)** Expert witness discovery (include depositions) shall be completed by: **March 17, 2023** [see paragraph C.3 above].

**D.** Preserving Discovery and Electronically Stored Information (ESI)

  **1.** Are there issues about the disclosure, discovery, or preservation of ESI, including the form or format in which it should be produced? See Rule 26(f)(3)(C), Federal Rules of Civil Procedure.

  **NO** [If yes, please identify the issue(s): ]

  **2.** Please state how ESI should be produced: [Explain: ]

  **3.** Are there issues with preserving non-ESI discovery? **NO** [If yes, please identify the issue(s): ]

**E.** Claims of Privilege or Protection of Attorney Work Product See Rule 26(f)(3)(D), Federal Rules of Civil Procedure.

  **1. XXX** There is no indication that this will be an issue.

  **2.** ____ The parties have entered into a confidentiality agreement.

  **3. XXX** The parties will file their proposed confidentiality agreement on or before: **March 17, 2023**

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS
Page 4 of 9
/JT
33013

Case 3:22-cv-00016-SLG   Document 10   Filed 03/03/22   Page 4 of 9

**F.** Limitations on Discovery. See Rule 26(f)(3)(E), Federal Rules of Civil Procedure.

1. **XXX** The limitations contained in Rules 26(b), 30, and 33, Federal Rules of Civil Procedure, and in Local Civil Rules 30.1 and 36.1, will apply except as indicated below.

2. \_\_\_\_\_ The maximum number of depositions by each party will not exceed [number].

    a) ☐ Depositions will not exceed [number] hours as to any deponent.

    b) ☐ Depositions will not exceed [number] hours as to non-party deponents.

    c) ☐ Depositions will not exceed [number] hours as to party deponents.

3. ☐ The maximum number of interrogatories posed by each party will not exceed [number].

4. ☐ The maximum number of requests for admissions posed by each party will not exceed [number].

5. ☐ Other limitations: [insert other limitations].

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 5 of 9

/JT
33013

Case 3:22-cv-00016-SLG    Document 10    Filed 03/03/22    Page 5 of 9

**G.** Supplementation of Disclosures and Discovery Responses. Please refer to Rule 26(e)(1) and (e)(2), Federal Rules of Civil Procedure. Do the parties request that the Court enter an order that is different from these rules  **NO – Discovery and Disclosures will be supplemented in accordance with Rule 26(e)(1) and (e)(2), Federal Rules of Civil Procedure**

**III. Pretrial Motions.**

**A.** Are there preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation that should be filed within 60 days? **NO**

**B.** Motions must be served and filed within the times specified in applicable rules. Complete the following only if the parties are proposing deadline(s) that are different from the applicable rules:

1. Motions to amend pleadings or add parties will be filed not later than **April 1, 2022**. Thereafter, a party must seek leave of the Court to modify this deadline. See Rule 16(b)(3)(A) and (4), Federal Rules of Civil Procedure.

2. Motions under the discovery rules will be filed not later than **February 10, 2023.**

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 6 of 9

/JT
33013

Case 3:22-cv-00016-SLG   Document 10   Filed 03/03/22   Page 6 of 9

3. Dispositive motions (including motions for summary judgment) will be filed not later than **February 10, 2022**

4. Motions to exclude expert testimony shall be filed and served not later than **February 10, 2023**

IV. **Trial.**

A. The case is expected to take **five (5)** days to try.

B. Has a jury trial been demanded? **Yes**

C. Is the right to jury trial disputed? **No**

D. The parties **Do Not** request the scheduling of a trial date at this time.

1. If a trial date is requested at this time, the parties' report shall include a minimum of three alternative dates for the start of the trial, at least two of which are 5 to 7 months from the close of all discovery.

2. If a trial date is not established at this time, the court will call upon the parties to certify that the case is ready for trial as provided in Local Civil Rule 40.1(b).

V. **Other Provisions.**

A. Court Conference. The parties **Do Not** request a conference with the court before entry of a scheduling order. [If requested, explain: ]

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 7 of 9

/JT
33013

Case 3:22-cv-00016-SLG   Document 10   Filed 03/03/22   Page 7 of 9

**B.** Consent to Proceed before a Magistrate Judge.

The parties __Do Not__ consent to trial before a magistrate judge.

**C.** Early Settlement / Alternative Dispute Resolution.

    **1.** Do the parties request immediate assistance by way of a settlement conference or alternative dispute resolution? __No__

    **2.** Do the parties wish to consider private mediation or a settlement conference with a judicial officer of this court at a later date? __Possibly__

**D.** Related Cases. Are the parties aware of any related cases as defined by Local Civil Rule 16.1(e)? __No__

**VI.** **Report Form.**

**A.** Have the parties experienced a problem in using this form? __No__

**B.** Are there additional subjects that the parties would propose to add to this form? __No__

DATED this __3rd__ day of __March__ 2022 at Anchorage, Alaska.

                                            FARLEY & GRAVES, P. C.

                                            By: __/s/ Cheryl L. Graves/__
                                                 CHERYL L. GRAVES
                                                 Alaska Bar No.: 9711062
                                                 Attorneys for Defendant USAA Garrison
                                                 Property and Casualty Insurance Company

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 8 of 9

/JT
33013

Case 3:22-cv-00016-SLG    Document 10    Filed 03/03/22    Page 8 of 9

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

DATED this 3rd day of March 2022 at Anchorage, Alaska.

By: /s/ Charles W. Coe/   (with permission)
CHARLES W. COE
Alaska Bar No.: 7804002
Attorneys for Plaintiff, Sarah L. Nordstrom

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 3rd day of March 2022 a true and correct copy of the foregoing was served electronically on the following person(s):

Charles W. Coe, Esq.
810 W. 2nd Avenue
Anchorage, AK 99501
Email: charlielaw@gci.net

By: /s/ Cheryl L. Graves

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 9 of 9

/JT
33013

SCHEDULING AND PLANNING CONFERENCE REPORT
NORDSTROM V. USAA
CASE NO: 3:22-CV-00016-JWS

Page 9 of 9

/JT
33013

Case 3:22-cv-00016-SLG    Document 10    Filed 03/03/22    Page 9 of 9

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111